# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LEONARDO HERNANDEZ-VALDEZ, | |
| Plaintiff, | Case No. 2:15-cv-2491-RFB-GWF |
| vs. | **ORDER** |
| HOME DEPOT U.S.A., INC., | |
| Defendant. | |

This matter is before the Court on the parties' failure to file a Joint Status Report. The Minutes of the Court dated December 30, 2015, required the parties to file a Joint Status Report no later than February 1, 2016. To date the parties have not complied. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report which fully complies with the Minutes of the Court no later than **February 22, 2016**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 12th day of February, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge